Aryeh Kaufman, Esq. SBN 289745
LAW OFFICE OF ARYEH KAUFMAN
5482 Wilshire Blvd., Suite #1907
Los Angeles, CA 90036
Email: aryeh@akaufmanlegal.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEUCE STUDIO,

Plaintiff(s)

v.

ILLEGAL CIVILIZATION LLC, ET AL.

Defendant(s).

CASE NUMBER

2:19-CV-06564-JFW-

(~~PROPOSED~~) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

GOTTESMAN, BARUCH S.     of     The Law Office of Baruch S. Gottesman, Esq.
*Applicant's Name (Last Name, First Name & Middle Initial)*     185-12 Union Turnpike
(212) 401-6910     (212) 859-7307     Fresh Meadows, NY 11366
*Telephone Number*     *Fax Number*
baruchgottesman@gmail.com
*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Plaintiff, DEUCE STUDIO

*Name(s) of Party(ies) Represented*     [X] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] *Other:*

and designating as Local Counsel

KAUFMAN, ARYEH     of     The Law Office of Aryeh Kaufman
*Designee's Name (Last Name, First Name & Middle Initial)*     5482 Wilshire Blvd., Suite #1907
289745     (323) 943-2566     (213) 402-8598     Los Angeles, CA 90036
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
aryeh@akaufmanlegal.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
             [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             [ ] for failure to complete Application: _____
             [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
             [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded [ ] not be refunded.

Dated   August 29, 2019

*U.S. District Judge/~~U.S. Magistrate Judge~~*

G–64 ORDER (5/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1