JEFFREY D. GOLDMAN (Bar No. 155589)
jgoldman@jmbm.com
JESSICA P. G. NEWMAN (Bar No. 309170)
jnewman@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:  (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for UMG COMMERCIAL SERVICES, INC., UNIVERSAL MUSIC INVESTMENTS, INC., AND UMG RECORDING SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DEUCE STUDIO, a United Kingdom Partnership,<br><br>Plaintiff,<br><br>v.<br><br>ILLEGAL CIVILIZATION LLC, a California Limited Liability Company; ILLEGAL CIV CINEMA, LLC, a California Limited Liability Company; UMG COMMERCIAL SERVICES, INC., a Delaware Corporation; UNIVERSAL MUSIC INVESTMENTS INC., a California Corporation; and UMG RECORDING SERVICES, INC, , a Delaware Corporation,<br><br>Defendants. | Case No. 2:19-cv-06564<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: September 9, 2019<br>Current Response Date: September 30, 2019<br>New Response Date: October 21, 2019 |

Plaintiff Deuce Studio ("Plaintiff") and Defendants UMG Commercial Services, Inc., Universal Music Investments, Inc., and UMG Recording Services, Inc. (the "Universal Defendants") by and through their undersigned counsel, stipulate as follows based upon the following facts:

1. On July 20, 2019, Plaintiff filed its Complaint for Infringement, Removal of Copyright Management Information, Common Law Copyright Infringement, Violation of Berne Convention, California Civil Code § 980(b), California Business and Professions Code §§ 17200 *et. seq.* and Conversion (the "Complaint") against the Universal Defendants;

2. The Universal Defendants' response to the Complaint is currently due on September 30, 2019.

3. There have been no previous extensions of time for the Universal Defendants to respond to the Complaint.

Therefore, IT IS STIPULATED AND AGREED that the Universal Defendants shall have an extension up to and including October 21, 2019, to answer or otherwise respond to the Complaint.

DATED: September 25, 2019     BARUCH S. GOTTESMAN

By:  */s/ Baruch S. Gottesman*
BARUCH S. GOTTESMAN
Attorneys for DEUCE STUDIO

DATED: September 25, 2019     JEFFREY D. GOLDMAN
JESSICA P.G. NEWMAN
JEFFER MANGELS BUTLER &
MITCHELL LLP

By:  */s/ Jeffrey D. Goldman*
JEFFREY D. GOLDMAN
Attorneys for UMG COMMERCIAL SERVICES, INC., UNIVERSAL MUSIC INVESTMENTS, INC., AND UMG RECORDING SERVICES, INC.

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.34(a)(2)(i), the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 25, 2019

By: /s/ Jeffrey D. Goldman
      Jeffrey D. Goldman