# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 19-6564-JFW(Ex)** | Date: December 18, 2019 |

Title: Deuce Studio -v- Illegal Civilization LLC, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Daisy Rojas | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** ORDER GRANTING DEFENDANT BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [filed12/9/2019; Docket No. 47]

On December 9, 2019, Defendant Bravado International Group Merchandising Services, Inc. ("Bravado") filed a Motion to Dismiss Plaintiff's First Amended Complaint. Plaintiff Deuce Studio ("Plaintiff") did not file an Opposition. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for January 6, 2020 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

Pursuant to Local Rule 7-9, Plaintiff was required to file and serve its Opposition or Notice of Non-Opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion," or December 16, 2019. *See* Local Rule 7-9. Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion." *See* Local Rule 7-12. As of December 17, 2019, Plaintiff has not filed an Opposition to Bravado's Motion to Dismiss Plaintiff's First Amended Complaint. Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file an Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of Bravado's Motion to Dismiss Plaintiff's First Amended Complaint. Accordingly, Bravado's Motion to Dismiss Plaintiff's First Amended Complaint is **GRANTED**. Plaintiff's First Amended Complaint against Bravado is **DISMISSED without leave to amend**.

IT IS SO ORDERED.